76 F.3d 374
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Prentiss MURRAY, Plaintiff-Appellant,
v.
GALEY & LORD, INCORPORATED, Defendant-Appellee.
 No. 95-2565.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 18, 1996.
Decided Jan. 31, 1996.
 
 Prentiss Murray, Appellant Pro Se. Allan Lash Shackelford, SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina, for Appellee.
 Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order dismissing his employment discrimination action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e-2 (West 1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Murray v. Galey & Lord, Inc., No. CA-94-2115-4-21-JI (D.S.C. July 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.